MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:  (415) 364-5540
Facsimile:  (415) 391-4436

Attorneys for Appellants Shareholders
Tim O'Donnell, Liliana Amatore and
Robert Grgas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAREHOLDERS TIM O'DONNELL, LILIANA AMATORE, AND ROBERT GRGAS,<br><br>Appellants,<br><br>vs.<br><br>IN RE ATI LIQUIDATING, INC., et al.<br><br>Appellees. | Case No. 16-cv-00849-EJD<br><br>**ORDER RE STIPULATED REQUEST FOR DISMISSAL OF APPEAL** |
| In re:<br><br>ATI LIQUIDATING, INC.,<br>formerly known as<br>Aviza Technology, Inc.,<br>Employer's Tax ID No. 20-1979646<br><br>AI LIQUIDATING, INC.,<br>formerly known as Aviza, Inc.,<br>Employer's Tax ID No. 20-0249205<br><br>TTI LIQUIDATING, INC.,<br>formerly known as<br>Trikon Technologies, Inc.,<br>Employer's Tax ID No. 95-4054321<br><br>Reorganized Debtor(s).<br><br>440 Kings Village Road<br>Scotts Valley, CA 95066 | Cases Substantively Consolidated:<br><br>CASE NO. 09-54511-SLJ-11<br><br><br><br>CASE NO. 09-54514-SLJ-11<br><br><br><br>CASE NO. 09-54515-SLJ-11 |

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties,

IT IS SO ORDERED THAT the above-captioned appeal is hereby dismissed. The Clerk shall close this file.

Dated: June 6, 2016

EDWARD J. DAVILA,
United States District Court Judge